IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HUSTEEL USA, INC., *et al.* | § § | |
| *vs.* | § § | C. A. NO. H – 12 – 1912 |
| SAGA FOREST CARRIERS INTERNATIONAL AS | § § § | |

## *O R D E R*

This action is dismissed with prejudice. Each party shall pay its own costs.

Signed at Houston on December 4, 2012.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE